**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
: 
MALIBU MEDIA, LLC, :
: Civil Action No. 1:19-cv-02377-LAK-DCF
                Plaintiff, :
:
       vs. :
:
JOHN DOE, subscriber assigned IP address :
24.146.228.10, :
:
                Defendant. :
------------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP Address 24.146.228.10. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 21, 2019

                                                Respectfully Submitted,

                    By:   /s/ *Kevin T. Conway*
                          Kevin T. Conway (KC-3347)
                          80 Red Schoolhouse Road, Suite 110
                          Spring Valley, NY 10977
                          T: (845) 352-0206
                          F: (845) 352-0481
                          Email: ktcmalibu@gmail.com
                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                        By: /s/ Kevin T. Conway, Esq.
                                                        Kevin T. Conway, Esq.